JUDGE LAUREN KING

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENBURN GARDEN ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:22-CV-01326-LK<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Note for Motion Calendar: February 14, 2023 |

Plaintiff Glenburn Garden Association and Defendant Nationwide Mutual Insurance Company, by and through their undersigned counsel of record, jointly move for the dismissal of this action, with prejudice and without an award of costs or expenses to any party.

//

//

//

//

//

{DFS2759945.DOCX;1/12637.000043/ }
STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 1
2:22-cv-01326-LK

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 14th day of February, 2023.

| STEIN, SUDWEEKS & STEIN, PLLC | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  /s/Cortney M. Feniello<br>Jerry H. Stein, WSBA #27721<br>Justin D. Sudweeks, WSBA #28755<br>Daniel J. Stein, WSBA #48739<br>Cortney M. Feniello, WSBA #57352<br>2701 First Avenue, Suite 430<br>Seattle, Washington 98121<br>Tel: 206.388.0660<br>Fax: 206.286.2660<br>jstein@condodefects.com<br>justin@condodefects.com<br>dstein@condodefects.com<br>cfeniello@condodefects.com<br>Attorneys for Plaintiff Glenburn Garden Association | By  /s/Daniel F. Shickich<br>Daniel F. Shickich, WSBA #46479<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>dshickich@omwlaw.com<br>Attorneys for Defendant Nationwide Mutual Insurance Company |

## **ORDER**

IT IS SO ORDERED.

DATED this ____ day of February, 2023.

_____
The Honorable Lauren King
United States District Judge

{DFS2759945.DOCX;1/12637.000043/ }
STIPULATED MOTION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 2
2:22-cv-01326-LK

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

# CERTIFICATE OF SERVICE

I certify under the laws of the United States of America that on the 14th day of February, 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System and served counsel below by the method indicated:

| | |
|---|---|
| Jerry Stein<br>Justin Sudweeks<br>Daniel Stein<br>Cortney Feniello<br>Stein, Sudweeks,& Stein<br>2701 First Avenue, Suite 430<br>Seattle, WA 98121<br>**Attorneys for Plaintiff** | [  ]  U.S. Mail<br>[  ]  Messenger<br>[  ]  Email<br>[ X ]  CM/ECF |

DATED this 14th day of February, 2023.

                                      s/ Daniel Shickich, WSBA #46479
                                      Daniel Shickich

{DFS2759945.DOCX;1/12637.000043/ }
STIPULATED MOTION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 3
2:22-cv-01326-LK

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215